IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAURA L. UNDERWOOD**,<br><br>    Plaintiff,<br><br>    v.<br><br>**1450 SE ORIENT, LLC,** *et al.*,<br><br>    Defendants. | Case No. 3:18-cv-1366-JR<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

    Plaintiff originally sued 226 defendants. ECF 1. In her Second Amended Complaint, Plaintiff named only 45 defendants. ECF 500. Many defendants named in the Second Amended Complaint, including defendant Certified Portland LLC ("Certified Portland"), filed motions to dismiss the Second Amended Complaint. ECF 528. U.S. Magistrate Judge Russo issued Findings and Recommendations, recommending that the Court deny these motions. ECF 556. Many of the moving defendants, including Certified Portland, filed Objections to Judge Russo's Findings and Recommendation. ECF 569. Those objections are now before this district judge.

    After Plaintiff filed her response to the objections (ECF 572), Plaintiff began to file several notices of dismissal, dismissing many defendants. See ECF 573, 574, 575, 578, 584,

and 585. The Court, however, does not see a notice of dismissal of defendant Certified Portland, who appears to be the only remaining defendant who moved to dismiss and who objected to the Findings and Recommendation.

In addition, Plaintiffs' notices of dismissal do not appear to dismiss defendants Buddha's Wellness Center LLC ("Buddha's Wellness Center"), Mia Marie Bullock, or Nole Emerson Bullock. These three defendants do not appear to have answered or otherwise responded to Plaintiff's Complaint, First Amended Complaint, or Second Amended Complaint. Yet, these three defendants were not named by Plaintiff in her motion for entry of default. ECF 576.

Finally, in Plaintiff's most recent notice of voluntary dismissal, Plaintiff states that she is dismissing all claims, without prejudice, "against all *remaining* defendants." ECF 585 (emphasis added). Plaintiff then names many defendants, but she does not name defendants Certified Portland, Buddha's Wellness Center, Mia Bullock, or Nole Bullock. *Id.*

Plaintiff and Defendant Certified Portland are directed to confer and file with the Court not later than May 29, 2020, a joint status report, explaining: (1) whether Plaintiff voluntarily dismisses her claims against Certified Portland, Buddha's Wellness Center, Mia Bullock, or Nole Bullock; and (2) if Plaintiff does not voluntarily dismiss her claims against those defendants, what is the status of Plaintiff's claims against those defendants.

**IT IS SO ORDERED.**

DATED this 15th day of May, 2020.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge