IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURA L. UNDERWOOD,

                Plaintiff(s),

    v.

1450 SE ORIENT, LLC, et al.,

                Defendant(s).

Civil No. 03:18-cv-01366-JR

**ORDER OF DISMISSAL**

    Based on the record,

    IT IS ORDERED that this action is DISMISSED. Pending motions, if any, are DENIED AS MOOT.

    Dated this 21st day of May, 2020.

                                               by   /s/ Jolie A. Russo
                                                          Jolie A. Russo
                                                          United States Magistrate Judge